UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                         Case No. 05-20009
v.                                          Honorable David M. Lawson

RONALD SWIFT,

       Defendant.

In re: Contempt of ASHANTI JACKSON,

       Respondent.

_____/

## ORDER AND JUDGMENT OF CIVIL CONTEMPT

Respondent Ashanti Jackson was subpoenaed by the government to testify as a witness in a criminal trial on September 1, 2005 in the case of *United States v. Ronald Swift*, case no. 05-20009-BC. Ms. Jackson appeared in court and stated that she intended not to testify. Counsel was appointed for her. After Ms. Jackson had an opportunity to consult with counsel, she was called to the witness stand and sworn as a witness outside the presence of the jury. Upon inquiry by the attorney for the government, Ms. Jackson stated that she refused to testify. The Court ordered the witness to give her testimony and advised her on the record of the consequences of her persistence in refusing to testify. The witness then persisted in her refusal to testify.

In such cases, the Court is empowered by 28 U.S.C. § 1826(a) to "summarily order [the witness'] confinement at a suitable place until such time as the witness is willing to give such testimony." The confinement may last for the duration of the court proceeding but no longer than eighteen months. *Ibid.* Upon release from custody, the government may pursue criminal contempt

charges against the witness if the civil contempt is not purged.

Accordingly, it is **ORDERED** that Ashanti Jackson is hereby remanded to the custody of the United States Marshal to be confined in a suitable place until such time as Ashanti Jackson is willing to give testimony in the matter of *United States v. Ronald Swift* or until the trial in the matter is concluded.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: September 1, 2005

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or hand delivery on September 1, 2005.

s/Tracy A. Jacobs  
TRACY A. JACOBS